# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ryan J. Alexander,<br><br>   Plaintiff,<br><br>v.<br><br>Lambert & Lambert Enterprises, Inc.,<br><br>   Defendant. | Civil No. 19-1626 DSD/ECW<br><br>**ORDER FOR DISMISSAL** |

The above-entitled matter came before the Court pursuant to the Parties' Stipulation to dismiss the Complaint in this matter, with prejudice. Based on the files, records, proceedings and aforementioned Stipulation, IT IS HEREBY ORDERED that:

Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated: June 17, 2020            s/David S. Doty
                             David S. Doty, Judge
                             United States District Court